UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
O'Kene White,

                Plaintiff(s),

    -against-

United States of America,

                Defendant(s).
------------------------------------x

16 CIV. 5057 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 9, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York