UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| O'Kene White,<br><br>         - v -<br><br>United States of America, | 16 CIV 5057 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than October 9, 2020 of the status of the action/remaining claims/defendants. Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.

SO ORDERED.

_____
LORETTA A. PRESKA
Senior United States District Judge

Dated: September 29, 2020
      New York, New York