```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| O'KENE WHITE,<br><br>                    Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 16 Civ. 5057 (LAP)<br>8 Cr. 360 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On October 15, 2020, the Court granted Mr. White an extension, until December 31, 2020, to file a successive petition pursuant to 28 U.S.C. § 2255 and ordered that failure to file by that date would result in closing of the case (dkt. no. 150 in 8-cr-360).

Because no successive § 2255 petition has been filed, the Clerk of Court shall mark this action (16-cv-3957) closed and deny all pending motions as moot.

**SO ORDERED.**

Dated:   New York, New York
         March 31, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1